UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW E. MARBACH,

    Plaintiff,

v.

    Case No. 1:20-cv-1018

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 22, 2022, recommending that this Court reverse the Commissioner's decision and remand this matter for further proceedings. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court. The decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered consistent with this Order.

Dated: March 11, 2022                                                        /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge