UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW E. MARBACH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:20-cv-1018

HONORABLE PAUL L. MALONEY

# JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: March 11, 2022

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge