UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW E. MARBACH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-1018

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's motion for attorney fees pursuant to § 206(b)(1) (42 U.S.C. § 406(b)).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 8, 2024, recommending this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for award of attorney fees (ECF No. 28) is **GRANTED** in the amount of **$21,413.50**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel **REFUND** to Plaintiff the previously awarded EAJA fee in the amount of **$9,250.00**.

Dated:  October 28, 2024

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge